

ZACHARY W. CARTER
Corporation Counsel

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

TOBIAS E. ZIMMERMAN
phone: (212) 356-2661
fax: (212) 356-3509
tzimmerm@law.nyc.gov

February 14, 2014

**VIA ECF**
The Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Garcia v. Glover*, 13-CV-4983 (RJD) (MDG);
             Joint Status Report Regarding Settlement

Your Honor:

       I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department representing the defendant in the above entitled action. I write with the knowledge and consent of plaintiff's counsel, Baree N. Fett, Esq., and pursuant to Your Honor's Order of December 9, 2013, requiring the parties to submit a letter describing the status of any settlement negotiations by this date.

       Plaintiff submitted a settlement demand on February 11, 2014. Defendants are still in the process of evaluating that demand and seeking settlement authority. Defendants hope to provide a substantive response to the settlement demand on or before Friday, February 21, 2014. The parties therefore believe that they will have a better sense of the likelihood of settlement by the end of this month.

       I thank the Court for its consideration herein.

                                                            Respectfully submitted,

                                                            Tobias E. Zimmerman
                                                            *Assistant Corporation Counsel*
cc:    Baree N. Fett, Esq.  **(via ECF)**          Special Federal Litigation Division
        *Attorney for Plaintiff*